CID # 0718569          PD-0042-15                              Page 1
of

Leticia McWilliams I.D.C # 01992850
Attn: Discrectionary Review Submitted January 07, 2015.

• Court Of Criminal Appeals Texas Supreme Cou**RECEIVED IN**
• William H. "Bill" Ray **COURT OF CRIMINAL APPEALS**
• De Etta Mitchell

FILED IN
COURT OF CRIMINAL APPEALS
JUL 08 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 08 2015
Abel Acosta, Clerk

Plane State Jail/Texas Department Of Criminal Justice on July 01, 2015. Denied speaking with me on May 27, 2015 and receiving my grievances. I spoke with Ms. Richardson in the grievance department on July 01, 2015. At that time Ms. Richardson also handed me back the June 29, 2015 emergency grievance I submitted. I was informed it can not be processed. The grievance department is responsible for investigating and resolving matters pertaining to an inmate's Civil Rights and Constitutional Rights being violated. All of my legal material, cases, evidence etc.... has been disposed/destroyed.

Due to the fact I still have the evidence to prove all of my claims and prove I am unlawfully on the Texas Department Of Criminal Justice grounds. I would like a decision on the Discretionary Review. So I can and/or De Etta Mitchell on my behalf can proceed in federal court. I feel that this matter needs to be and has to be handled/addressed in federal court. The unlawful disposal/destruction of my legal material, cases, evidence etc... on top of the fact I remain illegally incarcerated, should have never happened.

My life is not safe in the hands of the Texas Judicial System. My Civil Rights and Constitutional Rights continue to be violated in the hands of the Texas Judicial system. Crimes continue to be committed against me in the hands of the Texas Judicial system.

Please allow me to proceed in federal court. Please do not prevent me and/or keep me from receiving federal assistance, help and protection. Please allow me to obtain federal protection from any and all further harm being done to me. I feel all state remedies have been exhausted at this point.

I haven't even been given credit for all of the time I've served on this charge. Please review below.

45 days spent over weekends: Starting January 22, 2010 - April 2010
12 days spent over weekends: Starting August 28, 2010 - September 2010
16 days straight: Starting December 18, 2012 - January 02, 2013
16 days straight: Starting January 11, 2013 - January 26, 2013
4 days straight: Starting July 26, 2013 - July 29, 2013

Totaling 93 days I have not been given credit for. This effects my minimum (mandatory supervision release date) and maximum release date. I am requesting to be given credit for all time I have served on this charge. Including any and all time I may have failed to mention.

Leticia McWilliams

July 05, 2015

I.D. C# 01992850
CID# 0718569